# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

**LELAND FOSTER,**

    PLAINTIFF,

vs.                                  C.A. No. 2:16-CV-11881

                                         HON. SEAN F. COX

**MICH-CAN, INC.** a Michigan Corporation,

    DEFENDANT.

| | |
|---|---|
| **OWEN B. DUNN, JR. P66315**<br>**VALERIE J. FATICA 0083812**<br>ATTORNEYS FOR PLAINTIFF<br>The Ottawa Hills Shopping Center<br>4334 W. Central Ave., Suite 222<br>Toledo, OH 43615<br>419-241-9661<br>419-241-9737 – FAX<br>dunnlawoffice@sbcglobal.net<br>valeriefatica@gmail.com | **JOHN J. SCHUTZA P26338**<br>**STACEY J. McDANIEL P77672**<br>**Merry, Farnen & Ryan, P.C.**<br>ATTORNEYS FOR DEFENDANT<br>300 Maple Park Blvd., Suite 301<br>St. Clair Shores, MI 48081<br>586-776-6700 / 586-585-0338 (direct)<br>586-776-1501 - FAX<br>jschutza@mfr-law.com<br>smcdaniel@mfr-law.com |

## STIPULATED ORDER DISMISSING MICH-CAN, INC.

The parties stipulate to the entry of this Order as set forth below:

**IT IS HEREBY ORDERED** that the above-captioned cause is dismissed with prejudice.

**IT IS FURTHER ORDERED** that this Court will reserve jurisdiction of this matter for the purpose of enforcing the Settlement Agreement between the parties.

This is a final Order disposing of all claims as between the parties, and

closes the case.

Dated: November 17, 2016            s/ Sean F. Cox
                                    Sean F. Cox
                                    U. S. District Judge


Counsel for the parties hereby stipulate to entry of this Order.


*/s/ Owen B. Dunn, Jr. (w/consent 11.8.16)*
**OWEN B. DUNN, JR. P66315**
ATTORNEY FOR PLAINTIFF


*/s/ John J. Schutza (11.8.16)*
**JOHN J. SCHUTZA P26338**
ATTORNEY FOR DEFENDANT